# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cv273

| | |
|---|---|
| WILOLA WILSON KLEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | OF DECISION |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Sentence Four Remand**

Defendant's Unopposed Motion for Remand and Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) (#14) is **GRANTED.**

he Court orders that, upon remand, the ALJ evaluate further the medical evidence, specifically addressing the evidence for the period at issue that concerns the plaintiff's complaints of neck and upper extremity pain; reassess and clarify the plaintiff's residual functional capacity; and obtain supplemental vocational expert testimony.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Signed: February 2, 2012

Max O. Cogburn Jr.
United States District Judge